**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1790

CHIEF JAZZ ELYSE ESTELL EL, ex rel. Danette Elyse Whitaker,

Plaintiff - Appellant,

v.

CITY OF GREENSBORO, N.C.; CHIEF BRIAN JAMES, acting in his official capacity and individual capacity; OFFICER ANDREW MULDOWNEY, acting in his official capacity as a CITY OF GREENSBORO, N.C. officer and individual capacity; OFFICER J. FEDER, acting in his official capacity as a CITY OF GREENSBORO, N.C. officer and individual capacity; OFFICER D. STOLLINGS, acting in his official capacity as a CITY OF GREENSBORO, N.C. police officer and individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:22-cv-00048-CCE-JEP)

Submitted:  November 30, 2022                    Decided:  December 12, 2022

Before AGEE and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jazz Elyse Estell El, Appellant Pro Se.  Andrea Dancy Harrell, CITY OF GREENSBORO LEGAL DEPARTMENT, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jazz Elyse Estell El appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Estell El. v. City of Greensboro*, No. 1:22-cv-00048-CCE-JEP (M.D.N.C. July 12, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
